UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NAMEL NORRIS,

                                      Case No. 1:22-cv-10461-ER

                Plaintiff,

            -against-                       **STIPULATION OF EXTENSION**

BLP MEAT MARKET CORP., a New York corporation,
d/b/a BLP MEAT MARKET, and 72 CLINTON
STREET HOUSING DEVELOPMENT FUND
CORPORATION, a New York corporation,

                Defendants.
------------------------------------------------------------X

IT IS HEREBY STIPULATED BY AND BETWEEN the attorneys for the below-listed parties, that the BLP MEAT MARKET CORP's time to answer the initial Complaint, or otherwise move for appropriate relief in the above-captioned action, is hereby extended up to and including April 5, 2023. The attorneys hereto agree that said Stipulation may be signed in counterpart signatures on all facsimile copies.

| THE WEITZ LAW FIRM, P.A. | KIDONAKIS & CORONA, PLLC |
|---|---|
| By: _____<br>Bradley Weitz, Esq.<br>Attorney for Plaintiff<br>Bank of America Building<br>18305 Biscayne Blvd<br>Suite 214<br>Aventura, Florida 33160<br>(305)704-3877 | By: /s/ Randy A. Hernandez<br>Randy A. Hernandez, Esq.<br>Attorneys for Defendants<br>1350 Avenue of the Americas,<br>2nd Floor<br>New York, New York 10019<br>(646) 389-3956 |

 

_____
Edgardo Ramos, U.S.D.J
Dated: February 3, 2023
New York, New York